UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21074-CR-King/Garber

UNITED STATES OF AMERICA,

v.

MARTIN LUTHER FOSTER,

    Defendant.
_____/

### ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge James Lawrence King for a change of plea. Upon due consideration, it is hereby

**ORDERED that a change of plea hearing shall be held before the undersigned on Thursday, the 15th day of April, 2010, at 2:00 P.M. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132. Sentencing is scheduled for Thursday, June 24, 2010, at 10:00 A.M. in Courtroom II, Eleventh Floor before United States District Judge James Lawrence King.**

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of April, 2010.

                                                             BARRY L. GARBER
                                                             UNITED STATES MAGISTRATE JUDGE